IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY N. GUNN, | ) |
| Plaintiff, | ) |
| | ) NO. 3:19-cv-00997 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| BRP, INC., | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.** This case came before the Court for a trial by jury. The issues have been tried and the jury has returned its verdict.

**IT IS ORDERED AND ADJUDGED** that the jury found in favor of Defendant BRP, Inc.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE