IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GARY N. GUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:19-cv-00997 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| BRP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM

1. Do you find that BRP manufactured and/or designed a defective parking brake module that caused loss, injury, or damages to Gary Gunn?

    _____ YES  ___X___ NO

    *If you answered "No" to Question 1, do not answer any further questions, and have the Foreperson sign and date this form. If you answered "Yes" to Question 1, proceed to Question 2.*

2. What is the total amount of damages sustained by Mr. Gunn?

    Past Medical Expenses          _____
    Future Medical Expenses        _____
    Pain and Suffering             _____
    Permanent Injury               _____
    Disfigurement                  _____
    Loss of Enjoyment of Life      _____

Please sign and date this form and return it to the Court.

_____
Jury Foreperson

01/17/2023
Date